IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| O.W. BUNKER COPENHAGAN A.S. (DENMARK) | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| M/T BLUE, in rem, | : | |
| GENEL DENIZCILIK NAKLIYATI A.S., | : | |
| BLUE SHIPPING, LTD., | : | |
| And Certain Bunkers Aboard | : | NO. |
| THE M/T BLUE, | : | |
| Defendants. | : | |

## EX PARTE MOTION FOR ISSUANCE OF A WRIT OF MARITIME ATTACHMENT AND GARNISHMENT

Plaintiff, O.W. Bunker Copenhagen A.S., by and through its attorneys of record, Rawle and Henderson LLP, hereby moves for issuance of a Writ of Maritime Attachment and Garnishment and in support thereof, avers as follows:

1. Plaintiff has filed a suit against the defendant pursuant to the provisions of 28 U.S.C. § 1333 as an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff is a foreign corporation with a principal place of business outside the State of Delaware.

3. Supplemental Rule B to the Federal Rules of Civil Procedure states, in pertinent part:

> If a defendant is not found within the district when a verified complaint praying for attachment and the affidavit required by Rule B(1)(b) are filed, a verified complaint may contain a prayer for process to attach the defendant's tangible or intangible personal property – up to the amount sued for – in the hands of garnishees named in the process.

See, F.R.C.P. Supplemental Rules for Admiralty or Maritime Claims, B(1)(a).

4. Defendants Geden Lines and Blue Shipping cannot be located in this District. *See*, Affidavit of Gary Seitz, attached hereto.

5. Accordingly, Supplemental Rule B of the Federal Rules of Civil Procedure is applicable and Plaintiff should be permitted to attach and garnish the property of defendant, including but not limited to, certain bunkers aboard the M/T BLUE, presently located within the District of this Court.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order issuing a Writ of Maritime Attachment and Garnishment against defendants Genel Denizcilik Nakliyati A.S. and Blue Shipping, Ltd.

Respectfully submitted,

Rawle & Henderson LLP

*/s/ Gary F. Seitz*
Gary F. Seitz (No. 4457)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19899-0588
(302) 778-1200
gseitz@rawle.com

Asher Brooks Chancey
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
achancey@rawle.com

Attorneys for Plaintiff

Dated: April 12, 2011