IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

O.W. BUNKER COPENHAGAN A.S.   :   CIVIL ACTION
(DENMARK)   :
         Plaintiff   :
     v.   :
   :
M/T BLUE, in rem,   :
GENEL DENIZCILIK NAKLIYATI A.S.,   :
BLUE SHIPPING, LTD.,   :
And Certain Bunkers Aboard   :   NO.
THE M/T BLUE,   :
         Defendants.   :

## UNSWORN DECLARATION OF SUBSTITUTE CUSTODIAN

My name is Dan Smith I am over the age of 21, and am competent to give this unsworn declaration under penalty of perjury. All facts stated herein are true and correct and are within my personal knowledge.

1.    I am Senior Dispatcher of Ring Maritime Services and am authorized to execute this Affidavit;

2.    We are familiar with the Defendant vessel at least to the extent of her size, weight, construction material and apparent condition and believe that Ring Maritime Services has adequate facilities and supervision to safely keep said vessel in place of the Marshal during the pendency of suit herein and until further order of the Court and, in this regard, affidavit states that Ring Maritime Services will provide fire watch, gangway guardianship, periodically inspect mooring lines and perform other

miscellaneous services necessary to the proper custody and safekeeping of the vessel;

3.      The total charge for said services will be $65.00 per hour straight time and $97.50 per hour overtime, with one hour travel time being charged per shift.

4.      Ring Maritime Services has liability insurance sufficient to cover damages for loss of or injury to the Defendant vessel during said custody or for damages sustained by third parties due to gross negligence of Ring Maritime Services or employees or agents committed during said custody, and has attached a copy of same hereto;

5.      Further, Ring Maritime Services agrees to accept subsequent custodianship of the Defendant vessel, her engines, machinery, boilers, tackle, apparel, etc. in accordance with the Order Appointing Substitute Custodian; and

6.      I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2011.

Ring Maritime Services

By: _____
Dan Smith