## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| O.W. BUNKER COPENHAGAN A.S. (DENMARK) | : | CIVIL ACTION |
|          Plaintiff | : | |
|    v. | : | |
| | : | |
| M/T BLUE, in rem, | : | |
| GENEL DENIZCILIK NAKLIYATI A.S., | : | |
| BLUE SHIPPING, LTD., | : | |
| And Certain Bunkers Aboard | : | NO. |
| THE M/T BLUE, | : | |
|          Defendants. | : | |

### *EX PARTE* ORDER APPOINTING PERSONS TO SERVE WARRANT OF ARREST AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT AND APPOINTING SUBSTITUTE CUSTODIAN

AND NOW, on this _____ day of April, 2011, upon motion of Rawle and Henderson LLP, attorneys for the plaintiff, it is ordered that Ring Maritime Services, Anchorage Business Center, 96 Jansen Ave, Essington, PA 19029, individuals over the age of 18 years and not parties to this action, be and are hereby specifically appointed to make service of the Warrant of Arrest and Process of Maritime Attachment and Garnishment and to serve as Substitute Custodian of the defendant Vessel in the above entitled action.

BY THE COURT:

_____
U.S.D.C.

4464835-1