# RAWLE & HENDERSON LLP



GARY F. SEITZ
215-575-4330
GSEITZ@RAWLE.COM

ASHER BROOKS CHANCEY
215-575-4380
ACHANCEY@RAWLE.COM

The Nation's Oldest Law Office • *Established in 1783*

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

April 12, 2011

Clerk of Court
United States District Court – Clerk's Office
844 North King Street
Lockbox 18
Wilmington, DE 19801

    RE:   *O.W. Bunker Copenhagen A.S. v. M/T BLUE, in rem, Genel Denizcilik Nakliyati A.S., Blue Shipping, Ltd., and Certain Bunkers Aboard the M/T BLUE*

To the Clerk of Court:

    We have commenced the above referenced matter by filing a Verified Complaint in Admiralty on April 12, 2011. This matter is an admiralty action seeking the arrest and attachment of the vessel M/T BLUE, which is presently within the District, and subject to the jurisdiction of this Court.

    As such, kindly forward the above-referenced matter to the duty judge for expedited consideration.

    Thank you for your attention to this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By: _____
Gary F. Seitz

4465293-1